### WARNER v. DUNMYER et al.
#### No. 7749.

United States District Court
W. D. Missouri, W. D.
Sept. 12, 1952.

Kuraner, Freeman & Kuraner, Kansas City, Mo., for plaintiff.

Rogers, Field & Gentry, Kansas City, Mo., for defendant.

DUNCAN District Judge.

The defendant Transamerican Freight Lines, Inc., has not filed any brief or statement in opposition thereto.

 Apparently it is the established rule that all defendants must join in a petition for removal in an action of this kind, and two of the defendants having failed to do so, the motion is sustained and the cause is hereby remanded to the Circuit Court of Jackson County, Missouri.